UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AELF MSN 314, LLC,<br>AELF MSN 455, LLC,<br>AELF MSN 518, LLC,<br>AELF MSN 536, LLC, and<br>AIRCRAFT ENGINE LEASE FINANCE, INC.<br><br>      Plaintiffs,<br><br>      v.<br><br>AIR TRANSAT A.T. INC.,<br><br>      Defendant. | Case No. 1:20-cv-05845-JPO |

## MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41 and as required by the settlement agreement among the parties, Plaintiffs AELF MSN 314, LLC, AELF MSN 455, LLC, AELF MSN 518, LLC, AELF MSN 536, LLC and Aircraft Engine Lease Finance, Inc. by and through their counsel, file this Motion to Dismiss with Prejudice, and request that the Court dismiss all of the Plaintiffs' claims against Defendant Air Transat A.T. Inc.

Dated: November 20, 2020

Respectfully submitted,

**AELF MSN 314, LLC,**
**AELF MSN 455, LLC,**
**AELF MSN 518, LLC,**
**AELF MSN 536, LLC, and**
**AIRCRAFT ENGINE LEASE FINANCE, INC.**

By: /s/ Nell Peyser
      One of Their Attorneys

Nell Peyer
ZUCKERMAN SPAEDER LLP
485 Madison Avenue

---

Granted. All claims against Defendant Air Transat A.T. Inc. are hereby dismissed with prejudice.
So ordered.
November 23, 2020

*(signature)*
J. PAUL OETKEN
United States District Judge

1

10th Floor
New York, New York 10022
Telephone: (646) 746-8841
Facsimile: (212) 704-4256
Email: npeyserr@zuckerman.com

Paula M. Junghans
ZUCKERMAN SPAEDER LLP
1800 M Street NW
Washington, D.C. 20036
Telephone: (202) 778-1850
Facsimile: (202) 822-8106
Email: pjunghans@zuckerman.com

## **CERTIFICATE OF SERVICE**

   The undersigned, an attorney, certifies that on November 20, 2020, she caused to be electronically filed the foregoing **Motion to Dismiss With Prejudice** by using the CM/ECF system, copies of which were sent to the parties in the manner indicated below:

| | |
|---|---|
| X  CM/ECF | Judith A. Archer |
| __ Facsimile/__ Pages | Norton Rose Fulbright US LLP |
| __ Federal Express | 1301 Avenue of the Americas |
| __ Mail | New York, NY 10019 |
| __ Messenger | Email: judith.archer@nortonrosefulbright.com |

/s/ Nell Peyser